UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD PAUL TRAHAN | CIVIL ACTION |
| VERSUS | NO. 19-10875 |
| SHERIFF JERRY J. LARPENTER ET AL. | SECTION "M" (2) |

## **O R D E R**

Having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 4), and the plaintiff's objection to the Magistrate Judge's Report and Recommendation (R. Doc. 5), the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 15th day of July, 2019.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE